STATE v. ROGERS
    No. 149 PC
    Case below: 49 NC App
    Petition by defendant for discretionary review under G.S. 7A-31 denied 16 December 1980.


STATE v. RUDISILL
    No. 62 PC
    Case below: 48 NC App 631
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.


STATE v. YOUNG
    No. 71 PC
    Case below: 48 NC App 743
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.


TAYLOR v. HAYES
    No. 70 PC
    No. 25 (Spring Term)
    Case below: 48 NC App 738
    Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 December 1980.


TEXTILES v. HILLVIEW MILLS and
TEXLAND INDUSTRIES v. HILLVIEW MILLS
    No. 7 PC
    Case below: 47 NC App 593
    Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 December 1980.


THORPE v. INSURANCE CO.
    No. 96 PC
    Case below: 49 NC App
    Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 December 1980.